**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00703-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ASHLEY BETH GAMILL, Appellee**

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MA13-49137**

## ORDER

The Court **ORDERS** court reporter Trashuna Salaam to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Trashuna Salaam, official court reporter, County Criminal Court No. 7, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE